Christopher O. FRASURE, Appellant,

v.

STATE of Missouri, Respondent.

WD 77216

Missouri Court of Appeals,
Western District.

ORDER FILED: August 4, 2015

Christopher Frasure, Appellant Pro Se.

Shaun Mackelprang, Jefferson City,
MO, for respondent.

Before Division Four: Alok Ahuja, Chief
Judge, Presiding, Gary D. Witt, Judge and
Kathleen A. Forsyth, Special Judge

### ORDER

Per curiam:

Christopher O. Frasure appeals from
the denial of his motion for post-conviction
relief on the ground of abandonment. We
affirm. Rule 84.16(b).